~~SEALED~~

ORDERED UNSEALED on 12/7/2022 sjt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HARRISON LEE STONE<br><br>Defendant. | Case No.: '22 MJ04356<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(k) – Possession of Firearm with an Obliterated Serial Number<br><br>18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun<br><br>26 U.S.C. § 5861(d) – Possession of Unregistered Firearm (2 COUNTS)<br><br>21 U.S.C. § 841(a)(1) – Possession of Cocaine with Intent to Distribute |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about November 9, 2022, within the Southern District of California, defendant HARRISON LEE STONE knowingly possessed a firearm, that is a Smith & Wesson, SD9, 9mm handgun, that had been shipped and transported in interstate commerce, from which

the manufacturer's serial number had been removed, altered, and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924 (a)(1)(B).

## COUNT 2

On or about November 9, 2022, within the Southern District of California, defendant HARRISON LEE STONE, knowingly possessed a machinegun, that is, a metal Glock conversion device, commonly known as a "Glock switch", which was attached to a Glock 45, 9mm handgun, bearing S/N: BSZY711, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On or about November 9, 2022, within the Southern District of California, defendant HARRISON LEE STONE, knowingly received and possessed a firearm, a black silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4

On or about November 9, 2022, within the Southern District of California, defendant HARRISON LEE STONE, knowingly received and possessed a firearm, a black silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

///
///
///

**COUNT 5**

On or about November 9, 2022, within the Southern District of California, defendant HARRISON LEE STONE, knowingly and intentionally possessed with intent to distribute, 500 grams or more (3380 grams), to wit: approximately 3.38 kilograms (7.45 pounds), of a mixture and substance containing a detectable amount of Cocaine, a Schedule II narcotic controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Special Agent Cole Jones
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of November 2022.

_____
Hon. Allison H. Goddard
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On September 16, 2022, San Diego Police Department (SDPD) Detective (Det.) Jason Taub, executed a state search warrant for an Instagram account that had been identified as an individual who is selling firearms and controlled substances throughout the city of San Diego. Through the Instagram return, investigators identified one of the account's Xanax, LSD, and firearm suppliers as Instagram user "harrisonnnnn5".

Investigators located conversations between, the initial Instagram account and "harisonnnnn5" that took place between August 13, 2022, to September 6, 2022 that show the initial Instagram account purchasing large amounts of Cocaine, LSD, and Xanax, and a firearm from "harisonnnnn5".

On October 12, 2022, SDPD Det. Taub executed a state search warrant on "harisonnnnn5's" Instagram account. The subscriber information revealed "harisonnnnn5's" phone number as (619)776-XXXX and his email address as HarrisonXXXXX@gmail.com. From the direct message data received from Instagram, Det. Taub located several conversations between "harrisonnnnn5" and others relating to drug and firearms dealing/trafficking.

On October 13, investigators utilized law enforcement databases to identify "Harrisonnnnn5" based on photographs provided by Instagram that were compared to Harrison STONE's California Driver's License (XXXX615).

From reviewing the Instagram data returns investigators found on the "Harrisonnnn5" account, it was determined that STONE was sending drug and firearm customers to locations surrounding an apartment complex at Kiowa Drive and Lake Murray Drive identified as Adagio Apartments.

4

On October 19, 2022, investigators conducted surveillance on STONE's apartment complex at 1150 E. Street. At 2000 hours, Detectives saw STONE leaving his apartment complex and get in a vehicle displaying an Uber logo. STONE was driven into the Adagio complex and investigators followed but were unable to identify which apartment he entered. STONE was in the complex for approximately 20 minutes and proceeded back to the same vehicle.

On November 2, 2022, investigators conducted surveillance on STONE's apartment complex at 1150 E. Street. At 1937 hours, Detectives saw STONE leaving his apartment complex and get in a vehicle with a Lyft light up logo. STONE was driven to the front west gate of the Adagio complex, dropped off in the driveway, and proceeded through the pedestrian gate. Detectives were already inside the complex and saw STONE enter an apartment in building 5425. Approximately 15 minutes later, Detectives saw STONE exit apartment #11 and proceed out the east gate of the complex. STONE got into a vehicle displaying an Uber logo and left the area.

On November 9, 2022, SDPD served search warrants at 1150 E Street, Unit # 2307, San Diego, CA 92101 (STONE's residence) and 5425 Lake Murray Blvd, Unit #11, La Mesa, CA 91942 (Stash House). Inside of STONE's residence, investigators two firearms, an AK-47 platform mini-Draco firearm, bearing no manufacture markings or serial number, as well as a Manufacturer: FN, Model: Five-Seven, Caliber: 5.7 pistol, S/N: 386375856. Along with the firearms, investigators also located a silencer, 16 bottles of Xanax, two bottles of Codeine, various jars of marijuana, and psilocybin. STONE also had a set of keys on his person which contained a fob which opened the gate at the Adaigo Apartment Complex (5425 Lake Murray Blvd) and a physical key which opened the front door of 5425 Lake Murray, Unit #11.

The search warrant at 5425 Lake Murray, Unit #11, La Mesa, CA 91942 resulted in the following items being seized:

- One (1) Manufacture: Smith & Wesson, Model: SD9, Caliber: 9mm handgun, with an obliterated manufactures serial number.

- One (1) Manufacturer: Glock, Model: 45, Caliber: 9mm handgun, S/N: BSZY711, with a machinegun conversion device (aka Glock Switch attached)
- One (1) Manufacture: Intratec, Model: Tec-DC9, Caliber: .22 pistol, S/N: 80806, with a silencer attached to the barrel.
- Fifteen (15) other serialized firearms of mixed manufacture, models, calibers, and types. Several of the firearms recovered were the same firearms that STONE has sent images of via Instagram.
- Approximately 3.38 kilograms of Cocaine (7.45 pounds, 3380 grams), positive field test conducted by Det. Taub using TruNarc.
- Approximately 200.5 grams (8 sheets with 1000 hits per sheet) of LSD. TruNarc Determined to be LSD based on investigators training and experience.
- Approximately 77.6 grams of MDMA, positive field test conducted by Det. Taub using TruNarc.
- 240 bottles (90 pills per bottle for a total of 21,600 pills) of Farmapram (alprazolam/Xanax).

The owner of 5425 Lake Murray Blvd, Unit #11 was identified. The owner stated he was renting the unit to another man since April 2022. Investigators were able to contact the renter who stated he was subletting the unit to an Asian male, approximately 18-19 years of age whose name he did not know. This description matches the description of STONE.

The firearm alleged in count 1 was inspected. Preliminary checks revealed the firearms alleged in count 1 were not manufactured in California. Therefore, the firearm alleged in counts 1 traveled in, and/or affected interstate commerce to arrive in the state of California.

The Glock machinegun conversion device alleged in count 2, located on the Glock, Model: 45, Caliber: 9mm handgun, S/N: BSZY711 was inspected and was preliminarily determined to fit the federal definition of a "machine gun".

The two silencers alleged in counts 3-4, recovered during the search warrants were inspected and were preliminarily determined to fit the definition a silencer.

A Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) National Firearms Registration Transfer Record (NFRTR) query indicated that STONE does not have any National Firearms Act (NFA) firearms registered to him.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.